4.5.11
local counsel - Bons - QL
pro hac - WA Bar - QL

FILED

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

UNITED STATES OF AMERICA

Civil Case No. 10-CR-196 KI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Plaintiff(s),

v.

MISTI WALLIS

Defendant(s).

Attorney __Ryan T. Mrazik__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __Mrazik__         __Ryan__         __T.__
     (Last Name)         (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: __Perkins Coie LLP__
Mailing Address: __1201 Third Avenue, Suite 4800__
City: __Seattle__   State: __WA__   Zip: __98101-3099__
Phone Number: __(206) 359-8000__   Fax Number: __(206) 359-9000__
Business E-mail Address: __RMrazik@perkinscoie.com__

#39723

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Washington State, 10/29/2008, WSBA #40526

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC Western District of Washington, 11/12/08, WSBA #40526
US Court of Appeals for the Ninth Circuit, 12/10/08, WSBA #40526

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ $150,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Google Inc. (non-party)

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 5th day of April, 2011

*(Signature of Pro Hac Counsel)*

Ryan T. Mrazik
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 5th day of April, 2011

*(Signature of Local Counsel)*

Name: Winters, Nicholle, Y.
*(Last Name)* *(First Name)* *(MI)* *(Suffix)*

Oregon State Bar Number: OSB No. 054155
Firm or Business Affiliation: Perkins Coie LLP
Mailing Address: 1120 NW Couch Street
City: Portland State: OR Zip: 97209-4128
Phone Number: (503) 727-2000 Business E-mail Address: (503) 727-2222

---

**COURT ACTION**

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this ___ day of _____, _____

Judge

U.S. District Court–Oregon
Revised February 17, 2011

Application for Special Admission – *Pro Hac Vice*
Page 3 of 3