**S. AMANDA MARSHALL, OSB #953473**
United States Attorney, District of Oregon
**MICHELLE HOLMAN KERIN, OSB #965278**
Michelle.Kerin@USDOJ.gov
**ALLAN M. GARTEN, OSB#812360**
 Allan.Garten@USDOJ.gov
Assistant United States Attorneys
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
        Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. CR 10-196-01-KI |
| v. | GOVERNMENT'S UNOPPOSED MOTION TO DISMISS THE INDICTMENT AGAINST DEFENDANT CHADWICK AMSDEN |
| **CHADWICK AMSDEN,** **TIMOTHY HILLS,** **MISTI WALLIS aka MISTI COWART,** **GERALD WALLIS, and** **JO SCHERMERHORN,** | |
| DEFENDANTS. | |

The United States of America, by and through S. Amanda Marshall, United States

Attorney for the District of Oregon, and Michelle Holman Kerin and Allan Garten, Assistant

United States Attorneys, moves this court to dismiss the Indictment in this matter against

/ / /

/ / /

/ / /

/ / /

Defendant Chadwick Amsden only, in the interests of justice. *United States v. Gonzales,* 58 F.3d 459, 461-462 (9th Cir. 1995). Defendant does not oppose this motion.

    DATED this 19th day of October, 2011.

                                   Respectfully submitted,

                                   S. AMANDA MARSHALL
                                   United States Attorney

                                 *s/ Michelle Holman Kerin*
                                   MICHELLE HOLMAN KERIN
                                   ALLAN M. GARTEN
                                   Assistant United States Attorneys